IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. B-06-837 |
| | § | |
| MIGUEL ANGEL GARCIA-ESPINOZA | § | |
| AKA: Jesus Garcia-Espinoza | § | |

## ORDER

BE IT REMEMBERED on this 4th day of January, 2007, the Court reviewed the file in the above-captioned matter and specifically the Report and Recommendation of the United States Magistrate Judge filed September 26, 2006, wherein the defendant Miguel Angel Garcia-Espinoza waived appearance before this Court and appeared before the United States Magistrate Judge John Wm. Black for the taking of a felony guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant Miguel Angel Garcia-Espinoza to the Report and Recommendation, the Court enters the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge is hereby adopted. **The Court finds the defendant Miguel Angel Garcia-Espinoza guilty of the offense of alien unlawfully attempting to enter the United States after having been deported, in violation of 8 U.S.C. § 1326(a).**

SIGNED this the 4th day of January, 2007.

Andrew S. Hanen
United States District Judge